UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

          -against-

Juan Soto Guzman,

                              Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

21-cr-114

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic arraignment before Magistrate Judge Krause is hereby scheduled for

**Tuesday, March 9, 2021, at 12:00 p.m.**

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 2, 2021
       White Plains, New York

                                          **SO ORDERED.**

                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge