UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Juan Soto Guzman

                                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 CR 114 PMH

Defendant __Juan Soto Guzman___ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_x_ Initial Conference Before Hon. Philip M. Halpern, U.S. District Judge


  Juan Soto Guzman    *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Juan Soto Guzman
Print Defendant's Name

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

**April 5, 2021**
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~