*Law Offices of*
*Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road,
Scarsdale, New York
dah@hochhei...
(646) 863-...

> The conference scheduled previously for June 7, 2021 is adjourned to July 21, 2021 at 2:30 p.m. in courtroom 218.
>
> The Government is directed to file an Order, with Defendants' consent, excluding time under the Speedy Trial Act.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 4, 2021

June 4, 2021

Via ECF
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Juan Soto Guzman, et al., 21 CR 114 PMH
**Request for adjournment of conference**

Your Honor,

My client Juan Soto Guzman requests an adjournment of 30-45 days of the status conference scheduled for Monday June 7, 2021 at 11am. The reason for the adjournment requests is the parties are still reviewing discovery and discussing possible pre-trial dispositions. I have conferred by phone with both AUSA Kevin Sullivan, and Ben Gold, Esq., counsel for co-defenant Polanco and there is no objection to this request.

Accordingly, I request an adjournment to a date in July on or before July 22, 2021.

Very truly yours,

Daniel A. Hochheiser

Cc: all counsel via ECF and email

1