<div style="text-align:center">
**Law Offices of**
***Daniel A. Hochheiser***
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246
</div>

> Application granted.
>
> Mr. Hochhesier is appointed as counsel to Mr. Guzman *nunc pro tunc* as of January 14, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 22, 2021

June 21, 2021

Via ECF and email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Juan Soto Guzman, et al., 21 CR 114 PMH
**Request for appointment of counsel nunc pro tunc to 1/14/2021**

Your Honor,

    I began representing Guzman on January 14, 2021, on the date Guzman was presented on a Complaint before U.S. Mag. Judge Judith C. McCarthy. Currently on eVoucher the date of appointment of counsel is January 15, 2021. Please endorse this letter motion appointing me as counsel *nunc pro tunc* to **January 14, 2021** as I wish to submit a voucher for all the work I have done on this case beginning January 14, 2021.

<div style="margin-left:50%">
Very truly yours,

Daniel A. Hochheiser
</div>

All counsel via ECF

1