UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                                    **ORDER**

**Juan Soto Guzman**                                   21 CR 114-1 (PMH)
                    Defendants.
-----------------------------------------------------------x

      A <u>Status conference</u> in this matter is rescheduled to 2/1/2022 at 10:30am by teleconference because the Defendant is in the MDC Correctional Facility.

      Members of the press and public may call the same number below but will not be permitted to speak during the conference.

      **Dial-In Number**:   **(888) 398-2342**
      **Access Code:**      **3456831**

Dated: December 8, 2021                                SO ORDERED:

                                                             _____
                                                             Philip M. Halpern, U.S.D.J.