

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District (obscured)*
*300 Quarropas Street*
*White Plains, New Yor(k)*

February 9, 2022

> Application granted.
>
> The status conference scheduled to proceed in Courtroom 520 on February 24, 2022 shall proceed as a change-of-plea hearing.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 65.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 10, 2022

**BY ECF & E-Mail**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:  *United States v. Guzman, et al.*, **21 Cr. 114 (PMH)**

Dear Judge Halpern:

    The Government respectfully submits this joint letter on behalf of the parties and pursuant to the Court's instruction that the parties should advise the Court by February 17, 2022 as to whether the next status conference scheduled in the above-referenced case for February 24, 2022 at 9:00 a.m. should be converted to a change-of-plea hearing. *See* 2/1/22 Dkt. Mem. The Government was advised today by Daniel Hochheiser, Esq., counsel for defendant Juan Soto Guzman, that the defendant has signed the Government's plea agreement and a waiver of indictment and is prepared to plead guilty to the superseding information. Accordingly, the parties jointly and respectfully request that the status conference currently scheduled for February 24, 2022 at 9:00 a.m. be converted to an arraignment on the superseding information and a change-of-plea hearing for entry of the defendant's guilty plea.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by: */s/ Kevin T. Sullivan*
        Kevin T. Sullivan
        Assistant United States Attorney
        914-993-1924

cc:    Daniel Hochheiser, Esq. (via ECF & E-Mail)