*Law Offices of*
***Daniel A. Hochheiser***
Attorney At Law
2 Overhill Road
Scarsdale, New York
dah@hochheiser.com
(646) 863-

> Application granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 71.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 28, 2022

February 27, 2022

Via ECF and email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Juan Soto Guzman, et al., 21 CR 114 PMH
      Permission to File Interim Vouchers

Your Honor,

     Pursuant to the Criminal Justice Act, I am assigned counsel to Juan Soto Guzman and request permission to submit interim vouchers. Accordingly, please consider endorsing this letter motion authorizing counsel to seek attorney fees and reimbursement of expenses by filing interim vouchers on the eVoucher system for this case.

                                          Respectfully submitted,

                                          Daniel A. Hochheiser

Cc: all counsel via ECF